IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| SERIGNE BABACAR SAMBE | § | |
| V. | § | CIVIL ACTION NO. 9:06CV210 |
| ALBERTO GONZALES, ET AL. | § | |

ORDER OF DISMISSAL

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge Judith K. Guthrie. The Report of the Magistrate Judge, which contains her findings of fact and recommendations for the disposition of such action, has been presented for consideration. It appearing that a copy of such Report was sent to the last known address of the Petitioner by certified mail, return receipt requested; accordingly, such proposed findings and recommendations will be considered, since no objections have been forthcoming from the Petitioner.

After careful deliberation concerning such proposed findings and recommendations, it is determined that they are correct and should be adopted by the Court. It is therefore,

**ORDERED** that such matter shall be, and it is hereby, **DISMISSED** without prejudice. All motions not previously ruled on by either party are hereby **DENIED**.

So **ORDERED** and **SIGNED** this **15** day of **December, 2006.**

_____
Ron Clark, United States District Judge